(Official Form 1) (12/02)

FORM B1

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EPHESIAN DIXON SR.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**PEARLIE M. DIXON** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6609 S. MARYLAND**<br>**CHICAGO, IL 60637** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**6609 S. MARYLAND**<br>**CHICAGO, IL 60637** |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check on box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million |
|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/24/2004
Time: 16:15:55
Debtor: EPHESIAN DIXON
Case: 04-11738    Fee : 194
Chapter: 13 Rec. # : 3070790
Judge: Pamela Hollis
341 mtg: 04/19/2004 @ 01:00PM
ConfHrg: 05/17/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK11738-BK001

(Official Form 1) (12/02) FORM B1, Page 2

| **Voluntary Petition** (This page must be completed and filed in every case) | Name of Debtor(s): **EPHESIAN DIXON SR. & PEARLIE M. DIXON** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **Northern District Of Il** | Case Number: **03 15662** | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signed]_ **EPHESIAN DIXON SR.**
Signature of Debtor

X _[signed]_ **PEARLIE M. DIXON**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 20, 2004**
Date

**Signature of Attorney**

X _[signed]_ 90785409
Signature of Attorney for Debtor(s)

**ROBERT J SEMRAD**
Printed Name of Attorney for Debtor(s)

**Robert J Semrad & Associates 407 S Dearborn Ave**
Firm Name

**Suite 400**
Address

**Chicago, IL 60605**

**(312) 913-0625**
Telephone Number

**March 20, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signed]_ 3/20/04
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2003 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EPHESIAN DIXON SR.
6609 S. MARYLAND
CHICAGO, IL 60637

American General Finance
200 W Adams Ste 2002
Chicago, IL 60606-5230

Chicago Bureau Of Parking
P.O.Box 88292
Chicago, IL 60680

PEARLIE M. DIXON
6609 S. MARYLAND
CHICAGO, IL 60637

Ameritech
Bill Payment Center
Chicago, IL 60663

City Of Chicago
Department Of Revenue
P.O. Box 88292
Chicago, IL 60680

Robert J Semrad & Associates
407 S Dearborn Ave
Suite 400
Chicago, IL 60605

Arrow Financial Services
21031 Network Place
Chicago, IL 60673

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668

ACADEMY COLLECTION SERVICE, INC.
10965 DECATUR ROAD
PHILADELPHIA, PA 19154

ASG
P.O. Box 628
Buffalo, NY 14240

Cook County Collector
P.O. Box 802445
Chicago, IL 60680-2445

ADT
P.O.Box 551200
Jackson, FL 32255

BANK ONE
BANK ONE PLAZA
CHICAGO, IL 60678

Cross Country Bank
P.O. Box 15371
Wilmington, DE 19850

ALEGIS GROUP
P.O.BOX 10675
GREENVILLE, SC 29603

Bank One
P.O. Box 710079
Columbus, OH 43271

Gateway
P.O. Box 9025
Des Moines, IA 50368

Allied Interstate
P.O.Box 361774
Columbus, OH 43236

Bedding Experts
P.O. Box 1303
Bridgeview,, IL 60455

Household
P.O.Box4153
Carol Streams, IL 60197

ALLSTATE
1050 W. FLAMINGO
LAS VEGAS, CA 89119

Capital One
P. O. Box 41417 Dept 99
Philadelphia, PA 19101

Household Auto Finance
P.O. Box 17458
Baltimore, MD 21297

Allstate
Po Box 94213
Palatine, IL 60094-4213

Cartown
850 N Western
Chicago, IL 60622

Household Bank
P.O. Box 19360
Portland, OR 97280

American Geneal Finance
200 W Adams Ste 2002
Chicago, IL 60606-5230

Cdhq
Terre Haute, IN 47811

Internal Revenue Service
230 South Dearborn
Stop 5013-CHI
Chicago, IL 60604

MERCY
P.O. Box 97171
CHICAGO, IL 60678


Money Control, Inc
7891 Mission Grove Parkway South
Riverside, CA 92508


Nationwide Credit
P.O. Box 740627
Alanta, GA 30374-0627


PATHOLOGY CONSULTANTS OF CHICAGO
PO BOX 88493
CHICAGO, IL 60680


PEOPLES ENERGY
CHICAGO, IL 60687


Sears
P. O. Box 35065
LOUISVILLE, KY 40232


SEARS CARD
P.O. BOX 818017
CLEVELAND, OH 44181


University Of Chicago Physicians Group
75 Remittance Dr. Ste 1385
Chicago, IL 60675


Walmart
P.O. Box 960023
Orlando, FL 32896-0023