IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dixon, Ephesian | Case Number: 04 B 11738 |
|---|---|---|
| | Dixon, Pearlie M | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 3/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 4, 2008
Confirmed: May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 40,647.87 | |
| Secured: | | 17,821.68 |
| Unsecured: | | 15,081.26 |
| Priority: | | 3,181.78 |
| Administrative: | | 2,445.20 |
| Trustee Fee: | | 2,117.95 |
| Other Funds: | | 0.00 |
| Totals: | 40,647.87 | 40,647.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,445.20 | 2,445.20 |
| 2. | Bank One | Secured | 7,026.09 | 7,026.09 |
| 3. | Gateway | Secured | 675.37 | 675.37 |
| 4. | Bank One | Secured | 10,120.22 | 10,120.22 |
| 5. | Internal Revenue Service | Priority | 3,181.78 | 3,181.78 |
| 6. | Resurgent Capital Services | Unsecured | 487.93 | 487.93 |
| 7. | Portfolio Recovery Associates | Unsecured | 598.63 | 598.63 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 618.00 | 618.00 |
| 9. | ECast Settlement Corp | Unsecured | 763.45 | 763.45 |
| 10. | JP Morgan Chase Bank | Unsecured | 7,031.96 | 7,031.95 |
| 11. | Portfolio Recovery Associates | Unsecured | 5,056.73 | 5,056.73 |
| 12. | Resurgent Capital Services | Unsecured | 508.46 | 508.46 |
| 13. | Capital One | Unsecured | 497.86 | 0.00 |
| 14. | Capital One | Unsecured | 1,187.82 | 0.00 |
| 15. | Capital One | Unsecured | 898.20 | 0.00 |
| 16. | Capital One | Unsecured | 919.16 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 16.11 | 16.11 |
| 18. | Capital One | Unsecured | 633.26 | 0.00 |
| 19. | Peoples Energy Corp | Unsecured | 4,041.12 | 0.00 |
| 20. | Ameritech | Unsecured | | No Claim Filed |
| 21. | ADT Security Systems | Unsecured | | No Claim Filed |
| 22. | Alegis Corp | Unsecured | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 25. | American General Finance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dixon, Ephesian | | Case Number: 04 B 11738 |
|---|---|---|---|
| | Dixon, Pearlie M | | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | | Filed: 3/24/04 |

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 27. | Allstate | Unsecured | | No Claim Filed |
| 28. | Academy Collection Service | Unsecured | | No Claim Filed |
| 29. | ASG | Unsecured | | No Claim Filed |
| 30. | Bedding Experts | Unsecured | | No Claim Filed |
| 31. | CDHQ | Unsecured | | No Claim Filed |
| 32. | Car Town | Unsecured | | No Claim Filed |
| 33. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 34. | Cross Country Bank | Unsecured | | No Claim Filed |
| 35. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 36. | Household Bank FSB | Unsecured | | No Claim Filed |
| 37. | Household Bank FSB | Unsecured | | No Claim Filed |
| 38. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 39. | Money Control | Unsecured | | No Claim Filed |
| 40. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 41. | Pathology Consultants Inc | Unsecured | | No Claim Filed |
| 42. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 43. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 44. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 46,707.35 | $ 38,529.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 190.01 |
| 6.5% | 446.52 |
| 3% | 57.00 |
| 5.5% | 522.49 |
| 5% | 142.42 |
| 4.8% | 227.75 |
| 5.4% | 531.76 |
| | _____ |
| | $ 2,117.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

